*Exhibit A*

EEOC Form 5 (11/09)

| CHARGE OF DISCRIMINATION<br>This form is affected by the Privacy Act of 1974. See enclosed Privacy Act Statement and other information before completing this form. | Charge Presented To:<br>☐ FEPA<br>☒ EEOC | Agency(ies) Charge No(s):<br>471-2021-00034 |
|---|---|---|

| **OHIO CIVIL RIGHTS COMMISSION** | and EEOC |
|---|---|
| *State or local Agency, if any* | |

| Name (Indicate Mr., Ms., Mrs.)<br>**HENRY T HURLEY JR.** | Home Phone<br>**(419) 371-5150** | Year of Birth<br>**1977** |
|---|---|---|
| Street Address<br>**726 SOUTH GLENWOOD AVENUE, LIMA, OH 45805** | City, State and ZIP Code | |

Named is the Employer, Labor Organization, Employment Agency, Apprenticeship Committee, or State or Local Government Agency That I Believe Discriminated Against Me or Others. (*If more than two, list under PARTICULARS below.*)

| Name<br>**HUSKY ENERGY** | No. Employees, Members<br>**501+** | Phone No.<br>**(419) 226-2600** |
|---|---|---|
| Street Address<br>**1150 SOUTH METCALF, LIMA, OH 45804** | City, State and ZIP Code | |

| Name | No. Employees, Members | Phone No. |
|---|---|---|
| Street Address | City, State and ZIP Code | |

| DISCRIMINATION BASED ON (*Check appropriate box(es).*)<br>☒ RACE ☐ COLOR ☐ SEX ☐ RELIGION ☐ NATIONAL ORIGIN<br>☒ RETALIATION ☐ AGE ☐ DISABILITY ☐ GENETIC INFORMATION<br>☐ OTHER (*Specify*) | DATE(S) DISCRIMINATION TOOK PLACE<br>Earliest: **09-01-2020** Latest: **02-01-2021**<br>☐ CONTINUING ACTION |
|---|---|

THE PARTICULARS ARE (*If additional paper is needed, attach extra sheet(s)*):

I began working for the above name employer on or about January 9, 2009, as an Instrument Tech. I am currently working as an Analyzer Tech.

On or about January 2020 thru January 2021, I was moved multiple times due to malfunctioning equipment and held to a different standard than my Caucasian peers. I have complained to Union and Management about the treatment. On or about February 2021, I was given write ups and my work started being scrutinized by my Supervisor. On or about April 9, 2021, I did not receive fair work as my Caucasian peers.

I believe I was discriminated against due to my race, African American, and subjected to retaliation for participating in a protected activity, in violation of Title VII of the Civil Rights Act of 1964, as amended.

| I want this charge filed with both the EEOC and the State or local Agency, if any. I will advise the agencies if I change my address or phone number and I will cooperate fully with them in the processing of my charge in accordance with their procedures. | NOTARY – *When necessary for State and Local Agency Requirements* |
|---|---|
| I declare under penalty of perjury that the above is true and correct. | I swear or affirm that I have read the above charge and that it is true to the best of my knowledge, information and belief.<br>SIGNATURE OF COMPLAINANT |
| **Digitally signed by Henry T Hurley Jr. on 07-08-2021 12:01 AM EDT** | SUBSCRIBED AND SWORN TO BEFORE ME THIS DATE (*month, day, year*) |